UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUAN HERNANDEZ,

                          Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                         Defendants.
-------------------------------------------------------------X

JUDGMENT
05-CV-5511 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 25, 2006, granting defendants' motion to dismiss for lack of prosecution without prejudice; and dismissing the action; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendants' motion to dismiss for lack of prosecution is granted without prejudice; and that the action is dismissed.

Dated: Brooklyn, New York
         August 10, 2006

                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court